Kathryn Tassinari, OSB #80115
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, Oregon 97401
T: (541) 686-1969
E: kathrynt50@comcast.net
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DION W. HIPPLER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 6:17-cv-00063-SI<br><br>ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA |

Based upon the Stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,829.56 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Payment of this award shall be paid via check made payable to Plaintiff and mailed to Plaintiff's attorneys at Harder, Wells, Baron & Manning, P.C., 474 Willamette Street, Eugene, Oregon 97401. Pursuant to *Astrue v. Ratliff,* the award shall be made payable to Plaintiff's attorneys, Harder, Wells, Baron & Manning, P.C., if the Commissioner confirms that Plaintiff owes no debt to the government through the federal treasury offset program. There are no costs or expenses to be paid herein.

　　　　Dated this __11th__ day of __September,__ 2018.

　　　　　　　　　　　　　　　　　　　　　　__/s/ Michael H. Simon__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

PRESENTED BY:
s/ Kathryn Tassinari
Kathryn Tassinari, OSB #80115
Of Attorneys for the Plaintiff